UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| YOUSEF KADMIRI, | Case No.: 2:25-cv-01514-APG-DJA |
|---|---|
| Plaintiff | **Order Accepting Report and Recommendation and Dismissing Case** |
| v. | |
| MGM GRAND INTL., et al., | [ECF No. 13] |
| Defendants | |

On November 14, 2025 Magistrate Judge Albregts recommended that I dismiss this case because plaintiff Yousef Kadmiri gave nonsensical answers to the questions on his application for leave to proceed in forma pauperis and because the complaint's allegations are indecipherable, delusional, and fantastical. ECF No. 13.  Kadmiri did not object.[1]  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

/ / / /

/ / / /

/ / / /

---

[1] After Judge Albregts issued his report and recommendation, Kadmiri filed a "Notice of Active Findings Indicating Defendants are Engaging in [Coordinated] Domestic Terrorism Request for Immediate [Expedited] Investigation and Docketed Filings." ECF No. 14.  That filing is not directed at Judge Albregts' report and recommendation.  Instead, it appears to be an attempt at another complaint, as well as discovery requests.  I therefore do not consider it as an objection.

I THEREFORE ORDER that Judge Albregts' report and recommendation (ECF No. 13) is accepted. Plaintiff Yousef Kadmiri's complaint is DISMISSED with prejudice. The clerk of court is instructed to terminate all pending motions and to close this case.

DATED this 5th day of December, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE